

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles Wade Briggs, Appellant

No. 06-22-00058-CR          v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-20-27896). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment of conviction and render a judgment of acquittal.

We further order that the appellee, the State of Texas, pay all costs incurred by reason of this appeal.

RENDERED APRIL 21, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk